AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JOHN PARLANTE, et al.,

      Plaintiffs,                  JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **03:07-CV-00233-LRH-RAM**

JOHN PASSALACQUA, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Elizabeth Wright's motion to dismiss (Document #8) is GRANTED; Defendant John Passalacqua's motions to dismiss (Document # 10 & 26) is GRANTED; Defendant Savannah Cazares's motion to dismiss (Document # 13) is GRANTED; Defendant Ruth Herbert's motion to dismiss (Document #14) is GRANTED; Defendant Lisa Travis's motion to dismiss (Document # 39) is GRANTED; and Defendant Edward Fernando's motion to dismiss ( Document #40) is GRANTED.


   March 10, 2008                                    **LANCE S. WILSON**
                                                     Clerk


                                                    /s/ Katie Lynn Ogden
                                                     Deputy Clerk